B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Louisiana

In re  Fundamental Provisions, L.L.C.  
Debtor(s)

Case No. _____  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ace Waste<br>P.O. Box 71135<br>Baton Rouge, LA 70879 | Ace Waste<br>P.O. Box 71135<br>Baton Rouge, LA 70879 | | | 10,433.00 |
| AFC Enterprises<br>5555 Glenridge Connector NE<br>Suite 300<br>Atlanta, GA 30342 | AFC Enterprises<br>5555 Glenridge Connector NE<br>Suite 300<br>Atlanta, GA 30342 | | | 171,774.69 |
| Alabama Power<br>150 St. Joseph Street<br>Mobile, AL 36602 | Alabama Power<br>150 St. Joseph Street<br>Mobile, AL 36602 | | | 9,007.99 |
| All American Grease<br>P.O. Box 1007<br>Kenner, LA 70063 | All American Grease<br>P.O. Box 1007<br>Kenner, LA 70063 | | | 21,800.00 |
| Conco<br>P.O. Box 3328<br>Lafayette, LA 70502 | Conco<br>P.O. Box 3328<br>Lafayette, LA 70502 | | | 61,287.92 |
| Entergy<br>P.O. Box 8108<br>Baton Rouge, LA 70891 | Entergy<br>P.O. Box 8108<br>Baton Rouge, LA 70891 | | | 34,033.29 |
| Gulf Coast Restaurant<br>713 Lakeside Drive<br>Mobile, AL 36693 | Gulf Coast Restaurant<br>713 Lakeside Drive<br>Mobile, AL 36693 | | | 13,797.61 |
| Gulf Power<br>140 Hollywood Blvd. SW<br>Ft. Walton Beach, FL 32548 | Gulf Power<br>140 Hollywood Blvd. SW<br>Ft. Walton Beach, FL 32548 | | | 8,622.28 |

B4 (Official Form 4) (12/07) - Cont.

In re  Fundamental Provisions, L.L.C.            Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Institutional Jobbers<br>PO Box 10152<br>Atlanta, GA 30392 | Institutional Jobbers<br>PO Box 10152<br>Atlanta, GA 30392 | | | 13,555.66 |
| J. McDavid Flowers<br>Midsouth Bank<br>Attn: Mason Marrow<br>2526 W Main Street<br>Dothan, AL 36303 | J. McDavid Flowers<br>Midsouth Bank<br>Attn: Mason Marrow<br>2526 W Main Street<br>Dothan, AL 36303 | | | 14,440.00 |
| Kelly's Foods<br>P.O. Box 710<br>Selma, AL 36702 | Kelly's Foods<br>P.O. Box 710<br>Selma, AL 36702 | | | 119,230.66 |
| Langan Properties<br>960 Shillinger Road S, Ste F<br>Mobile, AL 36695 | Langan Properties<br>960 Shillinger Road S, Ste F<br>Mobile, AL 36695 | | | 21,666.66 |
| Minnows<br>PO Box 1247<br>Hammond, LA 70404 | Minnows<br>PO Box 1247<br>Hammond, LA 70404 | | | 40,853.70 |
| Orkin<br>12030 Lakeland Park Blvd.<br>Suite 125<br>Baton Rouge, LA 70809 | Orkin<br>12030 Lakeland Park Blvd.<br>Suite 125<br>Baton Rouge, LA 70809 | | | 6,585.56 |
| PFG<br>PO Box 19169<br>Richmond, VA 23242 | PFG<br>PO Box 19169<br>Richmond, VA 23242 | | | 392,543.83 |
| Popeyes Ad Fund<br>5555 Glenridge Connector NE<br>Suite 300<br>Atlanta, GA 30342 | Popeyes Ad Fund<br>5555 Glenridge Connector NE<br>Suite 300<br>Atlanta, GA 30342 | | | 120,939.40 |
| State Farm<br>PO Box 58802<br>North Metro, GA 30029 | State Farm<br>PO Box 58802<br>North Metro, GA 30029 | | | 13,622.29 |
| Templet & Templet<br>125 Thruway Park<br>Broussard, LA 70518 | Templet & Templet<br>125 Thruway Park<br>Broussard, LA 70518 | | | 10,337.39 |

B4 (Official Form 4) (12/07) - Cont.

In re  Fundamental Provisions, L.L.C.  
_____  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Tyson<br>P.O. Box 915143<br>Dallas, TX 75391 | Tyson<br>P.O. Box 915143<br>Dallas, TX 75391 | | | 258,161.76 |
| Waste Management<br>10685 Destin<br>PO Box 105453<br>Atlanta, GA 30348 | Waste Management<br>10685 Destin<br>PO Box 105453<br>Atlanta, GA 30348 | | | 8418.93 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  12/8/09    Signature _____  
David M. Bagley  
Chief Restructuring Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.