UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

```
------------------------------------------------------------x
In re                                          :
                                               :    Chapter 11 Case No.
Fundamental Provisions, L.L.C., et al 1        :    09-11897
                                               :
               Debtor.                         :    Jointly Administered
------------------------------------------------------------x
```

## MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

**NOW INTO COURT**, through undersigned counsel, come by Fundamental Provisions, L.L.C. and certain of its affiliates, as debtors and debtors-in-possession (collectively referred to herein as the "Debtor"), who file this Motion for Expedited Hearing on First Day Motions ("Motion") on the following:

> *Motion for an Order Under Fed.R.Bankr.P. 1015 Directing Joint Administration of Chapter 11 Cases* [P-2];

> *Application by the Debtor for Entry of an Order Authorizing the Employment and Retention of the Law Firm of Heller, Draper, Hayden, Patrick & Horn, LLC as Counsel for the Debtor Pursuant to Section 327(a) of the Bankruptcy Code* [P-4];

> *Application for Entry of an Order Authorizing the Employment and Retention of MorrisAnderson & Associates, Ltd. to Perform Restructuring Services for the Debtor and of David M. Bagley as Chief Restructuring Officer of the Debtor Pursuant to Bankruptcy Code Section 328* [P-5];

> *Motion to Limit Notice* [P-6];

> *Emergency Motion for Entry of an Order Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Granting Adequate Protection; (3) Scheduling and Approving the Form and Method of Notice for a Final Order; and (4) For Related Relief* [P-7]

---

1 Pollo, Inc. (09-11900) and Thaxco, Inc. (09-11901) have requested that they be jointly administered with Fundamental Provisions, L.L.C.

*Application for Authority to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Business* [P-8];

*Motion for Administrative Order Under Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [P-9];

*Motion of the Debtors Pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure for an Extension of Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs* [P-10];

*Motion for Authority to Pay Employees' Prepetition Wages, Related Expenses, Benefits and Taxes* [P-11];

*Motion for Interim and Final Orders: (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors on Account of Prepetition Invoices; (B) Determining that the Utilities are Adequately Assured of Future Payment; (C) Establishing Procedures for Determining Requests for Additional Assurance; and (D) Permitting Utility Companies to Opt Out of the Procedures Established Herein* [P-12];

*Motion for Order Under 11 U.S.C. §§ 105(a) and 503(b)(9) Establishing Procedure for Treatment of 503(b)(9) Claims* [P-14]

*Motion of Debtor for Entry of an Order Authorizing Debtor to Honor Certain Prepetition Obligations to Customers and to Otherwise Continue Customer Programs in the Ordinary Course of Business* [P-15];

(collectively, the "First Day Motions") and respectfully requests that this Court enter an order setting a hearing on the First Day Motions on an expedited basis in order to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing. The Debtor requests that this Court set a hearing on the aforementioned First Day Motions at the earliest date possible and establish a deadline for oppositions or objections to the First Day Motions.

**WHEREFORE**, the Debtor respectfully requests that the Court grant this Motion and set an expedited hearing on the aforesaid First Day Motions at the earliest date possible and establish a deadline for oppositions or objections to the First Day Motions,

and grant such other general and equitable relief as is just and proper

This 8th day of December, 2009.

Respectfully submitted,

*/s/ Barry W. Miller*
William H. Patrick III, La. Bar No. 10359
Barry W. Miller, La. Bar No. 09678
Cherie D. Nobles, La. Bar No. 30476
**HELLER, DRAPER, HAYDEN,
PATRICK & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504-299-3300
Fax: 504-299-3399
wpatrick@hellerdraper.com
bmiller@hellerdraper.com
cnobles@hellerdraper.com
**Proposed Counsel for Debtors**