**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Middle District of Louisiana

In re   Fundamental Provisions, L.L.C.                              Case No.   09-11897
                              Debtor(s)                              Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __82__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   January 4, 2010              Signature   /s/ David M. Bagley
                                                David M. Bagley
                                                Chief Restructuring Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
       18 U.S.C. §§ 152 and 3571.