UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | Case No. 09-11897<br>Chapter 11 |
| Fundamental Provisions, L.L.C. | Jointly Administered |
| Debtor. | |
| In re | Case No. 09-11900<br>Chapter 11 |
| Pollo, Inc. | Jointly Administered |
| Debtor. | |
| In re | Case No. 09-11901<br>Chapter 11 |
| Thaxco, Inc. | Jointly Administered |
| Debtor. | |

**FINAL ORDER PURSUANT TO SECTIONS 361 AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001: (1) AUTHORIZING USE OF CASH COLLATERAL; (2) GRANTING ADEQUATE PROTECTION LIENS; (3) SCHEDULING AND APPROVING THE FORM AND METHOD OF NOTICE FOR A FINAL ORDER; AND (4) FOR RELATED RELIEF**

Considering the *Emergency Motion for Entry of an Order Pursuant to Sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001 for Interim and Final Orders: (1) Authorizing Use of Cash Collateral; (2) Granting Adequate Protection; (3) Scheduling and Approving the Form and Method of Notice for a Final Order; and (4) For Related Relief* (the "Motion") [P-7] filed by debtors and debtors in possession (collectively the "Debtors"), the lack of opposition to the motion, statements of counsel, the record of the case and applicable law,

**IT IS ORDERED THAT:**

1. The Debtors are authorized to use cash that may constitute cash collateral ("Cash Collateral") on the terms and conditions and in accordance with the Budget attached to this

order; provided, however, that the Debtors may exceed each line item in the Budget by up to twenty percent (20%), so long as the aggregate amount of the Budget on a monthly basis is not exceeded by more than twenty percent (20%).

2. As adequate protection, the Court grants claims against the Debtors' estates in favor of the Secured Creditors in the amount of any post-petition diminution in the value of the Secured Creditors' interest in cash that may constitute Cash Collateral or any of their respective prepetition collateral from and after the Petition Date to the extent such interests are entitled to adequate protection against such diminution under the Bankruptcy Code (the "Adequate Protection Claims").

3. To secure the Adequate Protection Claims, the Secured Creditors are granted replacement security interests in and liens upon (collectively, the "Adequate Protection Liens") all post-petition property of the Debtors and their estates and all proceeds and products of such property to the extent that the Secured Creditors possessed a valid and perfected prepetition security interests in and lien upon such property (collectively, the "Post-Petition Collateral"), in each case to the same extent, validity and priority as the prepetition security interests and liens of each of the Secured Creditors in and upon their prepetition collateral. The Adequate Protection Liens granted in this order shall each be subject only to valid, perfected, enforceable and unavoidable liens and security interests granted by the Debtors or operation of law to any person or entity that held a lien superior in priority to the prepetition security interests and liens held by the Secured Creditors and only to the extent such prepetition liens are not otherwise subject to avoidance or subordination. Notwithstanding the foregoing or anything in this order to the contrary, neither the Adequate Protection Liens nor the Post-Petition Collateral shall include any

claims, causes of action and proceeds thereof arising under sections 510, 544, 545, 546, 547, 548, 549, 550 and 551 of the Bankruptcy Code (collectively, "Avoidance Actions").

4. Notwithstanding anything in this order to the contrary, all rights, claims and causes of action of any sort of the Debtors and their estates against the Secured Creditors, including, without limitation, the rights of the Debtors or their estates to challenge the validity, extent or priority of such parties' security interests in and liens upon estate property and the Post-Petition Collateral, are specifically reserved.

5. The Debtors shall preserve their books and records of original entry, including without limitation, records of sale, credits authorized (whether or not credit memoranda have been issued), purchases, accounts receivable, cash receipts, and cash disbursements, current and updated, so that all business activity is posted to them in the ordinary course of the Debtors' business.

6. Notwithstanding Bankruptcy Rule 7062, the terms and conditions of this Final Order shall: (a) be immediately enforceable pursuant to Bankruptcy Rule 8005; and (b) not be stayed absent: (i) an application by a party in interest for such stay in conformance with such Bankruptcy Rule 8005; and (ii) a hearing upon notice to the Debtors.

Baton Rouge, Louisiana, January 8, 2010.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

# Budget

**In re: Fundamental Provisions, LLC et al.**
**Case number:**
**Petition date: 12/8/2009**
**Cash Flow Budget**

| | | | | | | | Weekly forecast | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/13/09 | 12/20/09 | 12/27/09 | 1/3/10 | 1/10/10 | 1/17/10 | 1/24/10 | 1/31/10 | 2/7/10 | 2/14/10 | 2/21/10 | 2/28/10 | 3/7/10 | 3/14/10 | 3/21/10 | 3/28/10 | Total |
| **Receipts** | | | | | | | | | | | | | | | | | |
| Sales | $ 352,903 | $ 494,064 | $ 494,064 | $ 494,064 | $ 462,260 | $ 462,260 | $ 462,260 | $ 462,260 | $ 520,812 | $ 520,812 | $ 520,812 | $ 520,812 | $ 513,076 | $ 513,076 | $ 513,076 | $ 513,076 | $ 7,819,687 |
| Other receipts | | | | | | | | | | | | | | | | | - |
| Sales Taxes | 30,759 | 43,063 | 43,063 | 43,063 | 40,291 | 40,291 | 40,291 | 40,291 | 45,394 | 45,394 | 45,394 | 45,394 | 44,720 | 44,720 | 44,720 | 44,720 | 681,564 |
| **Total receipts** | 383,662 | 537,126 | 537,126 | 537,126 | 502,551 | 502,551 | 502,551 | 502,551 | 566,206 | 566,206 | 566,206 | 566,206 | 557,796 | 557,796 | 557,796 | 557,796 | 8,501,251 |
| **Cash Expenditures** | | | | | | | | | | | | | | | | | |
| **Food & Paper** | | | | | | | | | | | | | | | | | |
| Tyson | 64,000 | 72,496 | 72,496 | 72,496 | 67,830 | 67,830 | 67,830 | 67,830 | 76,421 | 76,421 | 76,421 | 76,421 | 75,286 | 75,286 | 75,286 | 75,286 | 1,159,637 |
| Conco | 66,529 | 66,529 | 66,529 | 66,529 | 62,247 | 62,247 | 62,247 | 62,247 | 70,131 | 70,131 | 70,131 | 70,131 | 69,089 | 69,089 | 69,089 | 69,089 | 1,071,983 |
| Kelly's | 32,841 | 32,841 | 32,841 | 32,841 | 30,727 | 30,727 | 30,727 | 30,727 | 34,619 | 34,619 | 34,619 | 34,619 | 34,105 | 34,105 | 34,105 | 34,105 | 529,169 |
| All Other | 268 | 375 | 375 | 375 | 351 | 351 | 351 | 351 | 395 | 395 | 395 | 395 | 389 | 389 | 389 | 389 | 5,930 |
| **Total Food & Paper** | 163,638 | 172,241 | 172,241 | 172,241 | 161,154 | 161,154 | 161,154 | 161,154 | 181,566 | 181,566 | 181,566 | 181,566 | 178,869 | 178,869 | 178,869 | 178,869 | 2,766,719 |
| **Workforce** | | | | | | | | | | | | | | | | | |
| Payroll | 160,217 | 170,957 | 170,957 | 170,957 | 159,953 | 159,953 | 159,953 | 159,953 | 180,213 | 180,213 | 180,213 | 180,213 | 177,536 | 177,536 | 177,536 | 177,536 | 2,743,893 |
| Benefits/Ins | 20,884 | 5,664 | 5,664 | 5,664 | 5,300 | 5,300 | 5,300 | 5,300 | 5,971 | 5,971 | 5,971 | 5,971 | 5,882 | 5,882 | 5,882 | 5,882 | 106,491 |
| **Total Workforce** | 181,101 | 176,622 | 176,622 | 176,622 | 165,252 | 165,252 | 165,252 | 165,252 | 186,184 | 186,184 | 186,184 | 186,184 | 183,418 | 183,418 | 183,418 | 183,418 | 2,850,383 |
| **Store controllable** | | | | | | | | | | | | | | | | | |
| Utilities | - | - | - | - | 60,000 | 60,000 | 60,000 | 60,000 | 29,980 | 29,980 | 29,980 | 29,980 | 29,535 | 29,535 | 29,535 | 29,535 | 478,060 |
| Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repair & Maintenance | - | 13,220 | 13,220 | 13,220 | 12,369 | 12,369 | 12,369 | 12,369 | 13,936 | 13,936 | 13,936 | 13,936 | 13,729 | 13,729 | 13,729 | 13,729 | 199,794 |
| Other | - | 9,127 | 9,127 | 9,127 | 8,539 | 8,539 | 8,539 | 8,539 | 9,621 | 9,621 | 9,621 | 9,621 | 9,478 | 9,478 | 9,478 | 9,478 | 137,932 |
| **Total Store controllable** | - | 22,347 | 22,347 | 22,347 | 80,908 | 80,908 | 80,908 | 80,908 | 53,537 | 53,537 | 53,537 | 53,537 | 52,742 | 52,742 | 52,742 | 52,742 | 815,786 |
| **Property and Debt** | | | | | | | | | | | | | | | | | |
| Secured Mortgage Debt (Principal & Interest) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Property Leases | - | - | - | - | 36,896 | 3,912 | 3,912 | 3,912 | 36,896 | 3,912 | 3,912 | 3,912 | 36,896 | 3,912 | 3,912 | 3,912 | 145,899 |
| Property Insurance & Taxes | 2,562 | 8,965 | 8,965 | 8,965 | 8,388 | 8,388 | 8,388 | 8,388 | 9,451 | 9,451 | 9,451 | 9,451 | 9,310 | 9,310 | 9,310 | 9,310 | 138,054 |
| Thaxco/Corte | | | | | | | | | | | | | | | | | - |
| **Total Property & Debt** | 2,562 | 8,965 | 8,965 | 8,965 | 45,284 | 12,301 | 12,301 | 12,301 | 46,346 | 13,363 | 13,363 | 13,363 | 46,206 | 13,223 | 13,223 | 13,223 | 283,953 |
| **Professional fees** | | | | | | | | | | | | | | | | | |
| Heller Draper | - | - | - | - | - | - | 50,000 | - | - | - | 60,000 | - | - | - | 60,000 | - | 170,000 |
| MorrisAnderson | 17,000 | 16,000 | 12,000 | 12,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 225,000 |
| Other | - | - | - | 15,000 | - | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | 45,000 |
| **Total Professional fees** | 17,000 | 16,000 | 12,000 | 27,000 | 14,000 | 14,000 | 64,000 | 14,000 | 29,000 | 14,000 | 74,000 | 14,000 | 29,000 | 14,000 | 74,000 | 14,000 | 440,000 |
| **Other expenses** | | | | | | | | | | | | | | | | | |
| Sales Tax Payments | - | - | - | - | - | - | 146,250 | - | - | - | 181,162 | - | - | - | 181,576 | - | 508,989 |
| Royalties/Advertising (Franchisor fees) | 38,990 | 41,007 | 41,007 | 41,007 | 38,368 | 38,368 | 38,368 | 38,368 | 43,227 | 43,227 | 43,227 | 43,227 | 42,585 | 42,585 | 42,585 | 42,585 | 658,733 |
| Prepetition 2008 FICA | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepetition Sales Tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepetition Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other expenses | 5,595 | 19,584 | 19,584 | 19,584 | 18,323 | 18,323 | 18,323 | 18,323 | 20,644 | 20,644 | 20,644 | 20,644 | 20,338 | 20,338 | 20,338 | 20,338 | 301,568 |
| **Total Other expenses** | 44,586 | 60,591 | 60,591 | 60,591 | 56,691 | 56,691 | 202,941 | 56,691 | 63,872 | 63,872 | 245,034 | 63,872 | 62,923 | 62,923 | 244,499 | 62,923 | 1,469,290 |
| **Total Cash expenditures** | $ 408,886 | $ 456,766 | $ 452,766 | $ 467,766 | $ 523,289 | $ 490,306 | $ 686,556 | $ 490,306 | $ 560,505 | $ 512,521 | $ 753,684 | $ 512,521 | $ 553,158 | $ 505,175 | $ 746,751 | $ 505,175 | $ 8,626,131 |
| **Net Cashflow** | $ (25,224) | $ 80,360 | $ 84,360 | $ 69,360 | $ (20,738) | $ 12,245 | $ (184,005) | $ 12,245 | $ 5,701 | $ 53,684 | $ (187,478) | $ 53,684 | $ 4,638 | $ 52,621 | $ (188,955) | $ 52,621 | $ (124,880) |
| Bank Balance | $ 127,165 | $ 207,525 | $ 291,885 | $ 361,245 | $ 340,507 | $ 352,752 | $ 168,747 | $ 180,992 | $ 186,693 | $ 240,377 | $ 52,899 | $ 106,584 | $ 111,222 | $ 163,843 | $ (25,112) | $ 27,509 | $ 27,509 |