UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | CASE NO.: 09-11897 |
| | CHAPTER 11 |
| FUNDAMENTAL PROVISIONS, L.L.C. | JOINTLY ADMINISTERED |
| DEBTOR | |
| IN RE | CASE NO.: 09-11900 |
| | CHAPTER 11 |
| POLLO, INC. | JOINTLY ADMINISTERED |
| DEBTOR | |
| IN RE | CASE NO.: 09-11901 |
| | CHAPTER 11 |
| THAXCO, INC. | JOINTLY ADMINISTERED |
| DEBTOR | |

## *EX PARTE* AGREED MOTION FOR AN ORDER EXTENDING THE TIME PERIOD WITHIN WHICH THE DEBTORS HAVE THE EXCLUSIVE RIGHT TO OBTAIN ACCEPTANCES OF A PLAN OF REORGANIZATION

Fidelity Bank ("Fidelity") files this *Ex Parte* Agreed Motion for an Order Extending the Time Period Within Which the Debtors Have the Exclusive Right to Obtain Acceptances of a Plan of Reorganization (the "Motion") to obtain an order resetting the hearing on the Debtor's Motion for an Order Extending the Time Period Within Which the Debtors Have the Exclusive Right to Obtain Acceptances of a Plan of Reorganization (the "Debtors' Motion") [Doc. Nos. 446 and 577] from July 23, 2010 at 9:00 a.m. to **July 23, 2010 at 11:00 a.m**. The Debtor agrees to the relief requested in this Motion.

By Order dated July 2, 2010, the Court granted the Debtor's Motion through the conclusion of the confirmation hearing set for July 23, 2010. [Doc. No. 580]. The hearing on

this matter is currently set for 9:00 a.m. on July 23, 2010, while the confirmation hearing is set for 11:00 a.m. on July 23, 2010. Fidelity requests an order resetting the hearing on the Debtors' Motion from 9:00 a.m. to 11:00 a.m. on July 23, 2010 to coincide or immediately follow the confirmation hearing set for that date.+

**WHEREFORE**, Fidelity requests an Order from the Court granting its *Ex Parte* Agreed Motion for an Order Extending the Time Period Within Which the Debtors Have the Exclusive Right to Obtain Acceptances of a Plan of Reorganization and resetting the hearing on the Debtors' Motion for an Order Extending the Time Period Within Which the Debtors Have the Exclusive Right to Obtain Acceptances of a Plan of Reorganization from July 23, 2010 at 9:00 a.m. to **July 23, 2010 at 11:00 a.m.**

Respectfully submitted by:

/s/ J. Eric Lockridge
J. Eric Lockridge (Bar Roll #30159)
Benjamin M. Anderson (Bar Roll #32319)
KEAN MILLER HAWTHORNE
D'ARMOND McCOWAN & JARMAN
18TH Floor, One American Place
Post Office Box 3513
Baton Rouge, Louisiana 70821-3513
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
*Attorneys for Fidelity Bank*